IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLON JASON AMBERS, # 222154, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PHYLLIS J. BILLUPS, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>2:17-CV-710-WHA-SMD<br>[WO] |

## ORDER

On November 23, 2020, the Magistrate Judge filed a Recommendation (Doc. # 20) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 20) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 15th day of December, 2020.

/s/ W. Harold Albritton III
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE